# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Robert Wainblat, for himself and all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>Comcast Cable Communications, LLC, a Delaware limited liability company; and Does 1-50, inclusive,<br><br>        Defendants. | Case No.   1:19-cv-10976-FDS<br><br>**STIPULATION FOR DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

    Plaintiff Robert Wainblat and Defendant Comcast Cable Communications, LLC hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this action be dismissed with prejudice as to Plaintiff's individual claims and dismissed without prejudice as to the claims brought on behalf of the putative class, with each party to bear its own costs and attorneys' fees.

| | |
|---|---|
| Attorneys for Plaintiff<br>ROBERT WAINBLAT:<br><br>/s/ *Dominic Valerian*<br>Ray E. Gallo (*pro hac vice*)<br>Dominic Valerian (*pro hac vice*)<br>GALLO LLP<br>1604 Solano Ave., Suite B<br>Berkeley, CA 94707<br>(415) 257-8800<br>rgallo@gallo.law<br>dvalerian@gallo.law | Attorneys for Defendant<br>COMCAST CABLE COMMUNICATIONS, LLC:<br><br>/s/ *Michael W. McTigue Jr.*<br>Michael W. McTigue Jr. (*pro hac vice*)<br>Meredith C. Slawe (*pro hac vice*)<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>Two Commerce Square<br>2001 Market Street, Suite 4100<br>Philadelphia, Pennsylvania 19103-7013<br>Tel: (215) 965-1202<br>Fax: (215) 965-1210<br>Email: mmctigue@akingump.com<br>Email: mslawe@akingump.com |

| | |
|---|---|
| David F. Slade (*pro hac vice*) | Peter K. Levitt (BBO# 565761) |
| Hank Bates (*pro hac vice*) | Alexander K. Parachini (BBO# 569567) |
| CARNEY BATES & PULLIAM, PLLC | Donnelly, Conroy & Gelhaar, LLP |
| 519 W. 7th Street | 260 Franklin Street, Suite 1600 |
| Little Rock, AR 72201 | Boston, MA 02110 |
| (501) 312-8500 | Tel.: (617) 720-2880 |
| dslade@cbplaw.com | Fax: (617) 720-3554 |
| hbates@cbplaw.com | Email: pkl@dcglaw.com |
| | Email: akp@dcglaw.com |

Charles F. Ahern III, BBO No. 558563
Kenneth A. Newberg, BBO No. 568930
CORWIN & CORWIN, LLP
600 Unicorn Park Drive
Woburn, MA 01801
cahern@corwinlaw.com
knewberg@corwinlaw.com
Telephone: (617) 742-3420
Facsimile: (617) 742-2331

## Certificate of Service

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on November 8, 2019.

                                                                */s/ Dominic Valerian*
                                                                Dominic Valerian